**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 181 EAL 2014
:
                 Respondent : 
                        : Petition for Allowance of Appeal from the
                        : Order of the Superior Court
           v. : 
:
:
:
JOSE NIEVES, :
:
                 Petitioner :


## ORDER


**PER CURIAM**

     **AND NOW**, this 10th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.